1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5   Attorneys for the United States

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:14-CV-02198-MCE-CKD

12              Plaintiff,

13        v.

14  REAL PROPERTY LOCATED AT 6620      **APPLICATION AND ORDER FOR**
    LITTLE CANYON ROAD, EL DORADO,     **PUBLICATION**
15  CALIFORNIA, EL DORADO COUNTY,
    APN: 092-021-35-100, INCLUDING ALL
16  APPURTENANCES AND IMPROVEMENTS
    THERETO;  and
17
    REAL PROPERTY LOCATED AT 6671
18  LITTLE CANYON ROAD, EL DORADO,
    CALIFORNIA, EL DORADO COUNTY,
19  APN: 046-032-46-100, INCLUDING ALL
    APPURTENANCES AND IMPROVEMENTS
20  THERETO,

21              Defendants.

22  _____

23        The United States of America applies for an order of publication as follows:

24        1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

25  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

26  notice of the action to be given in a newspaper of general circulation or on the official internet

27  government forfeiture site;

28

                                         1
                                                            Application and Order
                                                            For Publication

2.    Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.    The defendant real properties are located in El Dorado, California, El Dorado County.

4.    The United States proposes that publication be made as follows:

a.    One publication;

b.    Thirty (30) consecutive days;

c.    On the official internet government forfeiture site www.forfeiture.gov;

d.    The publication is to include the following:

(1)    The Court and case number of the action;

(2)    The date of the seizure/posting;

(3)    The identity and/or description of the property seized/posted;

(4)    The name and address of the attorney for the Plaintiff;

(5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:   8/22/2014

BENJAMIN B. WAGNER
United States Attorney


By:    /s/ Kevin C. Khasigian
       KEVIN C. KHASIGIAN
       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  September 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2