BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CV-02198-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | REQUEST AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |
| REAL PROPERTY LOCATED AT 6620 LITTLE CANYON ROAD, EL DORADO, CALIFORNIA, EL DORADO COUNTY, APN: 092-021-35-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;  and | |
| REAL PROPERTY LOCATED AT 6671 LITTLE CANYON ROAD, EL DORADO, CALIFORNIA, EL DORADO COUNTY, APN: 046-032-46-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from November 24, 2014 to February 23, 2015.  For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

**Introduction**

On September 22, 2014, the United States filed a civil forfeiture complaint against the above-captioned real properties ("defendant properties") based on their alleged involvement in federal drug

law violations.  All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on September 27, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on October 28, 2014.

### **Good Cause**

The United States has provided notice to all potential claimants pursuant to law.  Potential claimants Eric Portela, Keith Toman or Ryan Olsen have not filed a claim and the time to file a claim has expired.

The United States intends to request a Clerk's Default against Eric Portela, Keith Toman and Ryan Olsen and file a motion for default judgment and final judgment of forfeiture.  Such filings, if/when granted, would terminate the case.

No other party has entered this case.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to February 23, 2015 (or to another date the Court deems appropriate).

Dated:  11/21/2014                    BENJAMIN B. WAGNER
                                      United States Attorney

                                By:    /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant U.S. Attorney

# ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on November 24, 2014 is extended to February 23, 2015.

**IT IS SO ORDERED.**

Dated: November 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT