BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-02198-MCE-CKD |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| REAL PROPERTY LOCATED AT 6620 LITTLE CANYON ROAD, EL DORADO, CALIFORNIA, EL DORADO COUNTY, APN: 092-021-35-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;  and | |
| REAL PROPERTY LOCATED AT 6671 LITTLE CANYON ROAD, EL DORADO, CALIFORNIA, EL DORADO COUNTY, APN: 046-032-46-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

This matter came before the Honorable Judge Carolyn K. Delaney on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant assets to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

/////

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed on or about September 22, 2014.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Eric Portela, Keith Toman, Jr. and Ryan Olsen.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Eric Portela, Keith Toman, Jr. and Ryan Olsen received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Eric Portela, Keith Toman, Jr. and Ryan Olsen be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Eric Portela, Keith Toman, Jr. and Ryan Olsen in the defendant properties referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant properties to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England Jr. and filed by the Clerk of the Court.

Dated: January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE