BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 6620 LITTLE CANYON ROAD, EL DORADO, CALIFORNIA, EL DORADO COUNTY, APN: 092-021-35-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;  and<br><br>REAL PROPERTY LOCATED AT 6671 LITTLE CANYON ROAD, EL DORADO, CALIFORNIA, EL DORADO COUNTY, APN: 046-032-46-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>             Defendants. | 2:14-cv-02198-MCE-CKD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO VACATE DEFAULT JUDGMENT<br><br>Current Hearing Date: April 30, 2015<br>Time : 2:00 p.m.<br>Courtroom: #7, 14th Floor |

The United States of America and claimants Eric Portela and Keith Toman, through undersigned counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion to Vacate Default Judgment, currently set for April 30, 2015, be continued to June 25, 2015 due to the unavailability of counsel and to allow the parties to engage in settlement discussions. The government's opposition must be filed no later than 14 days before the June 25, 2015 hearing date; any reply must be filed no later than 7 days prior to that hearing date.

///

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: 4/14/2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | By:  /s/ Kevin C. Khasigian<br>KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| Dated: 4/14/2015 |  /s/ Brenda Grantland<br>BRENDA GRANTLAND<br>Attorney for Claimants<br>(Authorized via phone on 4/14/15) |

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court makes the following order:

The hearing for the Motion to Vacate Default Judgment currently set for April 30, 2015, IS CONTINUED to June 25, 2015 at 2:00 p.m. in Courtroom #7.

**IT IS SO ORDERED.**

**Dated: April 15, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT