1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,              2:14-cv-02198-MCE-CKD

12              Plaintiff,

13       v.                               STIPULATION AND ORDER AMENDING
                                          FINAL JUDGMENT OF FORFEITURE
14  REAL PROPERTY LOCATED AT 6620 LITTLE
    CANYON ROAD, EL DORADO, CALIFORNIA,
15  EL DORADO COUNTY, APN: 092-021-35-100,
    INCLUDING ALL APPURTENANCES AND
16  IMPROVEMENTS THERETO; and

17  REAL PROPERTY LOCATED AT 6671 LITTLE
    CANYON ROAD, EL DORADO, CALIFORNIA,
18  EL DORADO COUNTY, APN: 046-032-46-100,
    INCLUDING ALL APPURTENANCES AND
19  IMPROVEMENTS THERETO,

20              Defendants.

21

22       It is hereby stipulated by and between the United States and claimants Eric Portela and Keith

23  Toman Jr. (hereafter "Claimants"), by and through their respective counsel of record, as follows:

24       1.      The Stipulation for Final Judgment of Forfeiture, Doc. 22, filed July 5, 2015,

25  provided that claimants Eric Portela and Keith Toman Jr. were to pay a settlement, and that when the

26  settlement was paid in full, the lis pendens would be removed. The claimants have now fully paid

27  the settlement.

28
                                        1            Stipulation and Proposed Order
                                                     Amending the Final Judgment of Forfeiture

2.      Removal of the lis pendens alone will not clear up the cloud on the title because there was a default judgment entered earlier in the case. Claimants moved to vacate the default judgment and then settlement negotiations began, and the default judgment was never officially vacated.

3.      Since the agreed settlement was paid in full, the Default Judgment, Doc. 16, entered February 13, 2015, should now be vacated and the recorded owners should be reinstated as title owners as follows:

4.      The recorded owner of the 6620 Little Canyon Road real property shall be Eric Portela, a single man. The recorded owners of the 6671 Little Canyon Road real property shall be Eric Portela, an unmarried man, and Keith Toman, an unmarried man, as tenants in common.


Dated:   12-20-2016                                         PHILLIP A. TALBERT
                                                           United States Attorney


                                             By:      /s/ Kevin C. Khasigian
                                                      KEVIN C. KHASIGIAN
                                                      Assistant U.S. Attorney


Dated:   12-13-2016
                                             By:      /s/ Brenda Grantland
                                                      BRENDA GRANTLAND
                                                      Attorney for Claimants
                                                      Eric Portela and Keith Toman Jr.

                                                      (Original signatures retained by attorney)

///
///
///
///
///
///
///
///
///

Dated:   12-2-16                              /s/ Eric Portela
                                             ERIC PORTELA
                                             Claimant


ACKNOWLEDGMENT

A notary public or other officer completing this acknowledgment verifies only the identity of the individual who signed this document, and not the truthfulness, accuracy, or validity of this document.

State of California                    )
                                       )
County of Sacramento                   )

On  2nd Dec 2016,  before me,  ___Jessica Crum___, Notary Public, personally appeared  Eric P. Portela , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  /s/ Jessica Crum

///

///

///

///

///

///

///

///

///

///

Dated:   12/8/16                              /s/ Keith Toman Jr.
                                              KEITH TOMAN JR.
                                              Claimant


## ACKNOWLEDGMENT

A notary public or other officer completing this acknowledgment verifies only the identity of the individual who signed this document, and not the truthfulness, accuracy, or validity of this document.

State of California                    )
                                       )
County of Orange                       )

On   12/8/2016     , before me,    Jae Hwan Kim       , Notary Public, personally appeared
                 Keith Toman, Jr.                 , who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which
the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature   /s/ Jae Hwan Kim


## ORDER


        In accordance with the foregoing stipulation, and good cause appearing, the default judgment

entered in this matter on February 13, 2015 (ECF No. 16) is hereby vacated and the recorded owners

of the property in question shall be reinstated as title owners as agreed by the parties.


        **IT IS SO ORDERED**.

Dated:  January 4, 2017

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order
Amending the Final Judgment of Forfeiture